IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**HUBERT T. SPRAYBERRY**,

    Plaintiff,

v.

**Officer SCHANKE, Sergeant BEVINES, Officer CORBERT, Warden MARTY ALLEN, Deputy Warden ORR, Deputy Warden EMMONS, Unit Manager TERRELL, Officer WILSON, DR. MOODY, Nurse SELESKA, Nurse FRY, Nurse GLORIA FRASER, Counselors WOODS, QUINN, and LOZANO, Lieutenant MELTON, Former Warden CEDRIC TAYLOR, Former Deputy Warden TED PHILBIN, and JOHN: DOE CERT TEAM OFFICERS,**

Defendants.

Civil Action No. 7:13-CV-136 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 15). Judge Langstaff recommends the dismissal of the following Defendants without prejudice: Warden Marty Allen, Deputy Warden Orr, Deputy Warden Emmons, Unit Manager Terrell, Officer Wilson, Dr. Moody, Nurse Seleska, Nurse Fry, Nurse Gloria Fraser, Counselor Woods, Counselor Quinn,

Counselor Lozano, Lieutenant Melton, Former Warden Cedric Taylor, Former Deputy Warden Ted Philbin, and John Doe Cert Team Officers.

Plaintiff filed objections to the Recommendation (Doc. 21). The Court conducted a *de novo* review of the Recommendation and objections.

Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objections are overruled. The case will continue against Defendants Officer Schanke, Sergeant Bevines, and Officer Corbert.

**SO ORDERED**, this 9th day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**


aks