IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**HUBERT T. SPRAYBERRY**,

    Plaintiff,

v.

**JOSEPH SCHNAKE, et al.,**

    Defendants.

Civil Action No. 7:13-CV-136 (HL)

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 52). After reviewing numerous motions submitted by Plaintiff, Judge Langstaff recommends denying the following: Plaintiff's motion for appointment of counsel (Doc. 25) and motion to submit additional information in support of the motion for appointment of counsel (Doc. 44); Plaintiff's Motion to Ask Court's Aid in Naming CERT Team Defendant's [sic] (Doc. 22); Plaintiff's motions for injunction relief (Docs. 30, 34); and Plaintiff's motion to appoint a special master. (Doc. 39). Judge Langstaff recommends granting Plaintiff's Motion to Amend CERT Officer Named in Motion for Preliminary Injunction and Temporary Restraining Order. (Doc. 42).

Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation (Doc. 52) is accepted and adopted.

**SO ORDERED**, this 3rd day of September, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks