IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**HUBERT T. SPRAYBERRY**

    Plaintiff,

v.

**JOSEPH SCHNAKE, et al.,**

    Defendants.

Civil Action No. 7:13-CV-136 (HL)

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 77). Judge Langstaff recommends denying Plaintiff's motion for a protective order. (Doc. 67).

Plaintiff filed objections to the Recommendation (Doc. 81). Upon conducting a *de novo* review of the Recommendation and Plaintiff's objections, the Court overrules Plaintiff's objections and accepts and adopts the Recommendation.

**SO ORDERED**, this 10th day of November, 2014.

                    *s/ Hugh Lawson*
                    **HUGH LAWSON, SENIOR JUDGE**

aks